FILED
CLERK, U.S. DISTRICT COURT

AUG 28 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2018 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 18CR00549-FMO |
|---|---|
| Plaintiff, | <u>I N D I C T M E N T</u> |
| v. | [18 U.S.C. §§ 2251(a), (e): Production of Child Pornography; 18 U.S.C. § 2422(b): Use of a Facility of Interstate Commerce to Attempt to Induce a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 2423(b): Travel With Intent to Engage in Illicit Sexual Conduct; 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography] |
| JOHN EDWARD ZERETZKE, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2251(a), (e)]

On or about February 8, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN EDWARD ZERETZKE knowingly employed, used, persuaded, induced, enticed, and coerced VICTIM 1, an individual who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of

## COUNT TWO

[18 U.S.C. § 2422(b)]

Beginning on or about November 6, 2015, and continuing to on or about May 28, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN EDWARD ZERETZKE ("ZERETZKE") used a facility and means of interstate and foreign commerce, namely, the Internet, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, namely, VICTIM 2, whom defendant ZERETZKE believed to be a fifteen-year-old girl, to engage in sexual activity for which a person can be charged with a criminal offense, namely, attempted production of child pornography, in violation of Title 18, United States Code, Sections 2251(a), (e).

In attempting to commit this offense, defendant ZERETZKE did something that was a substantial step towards committing the offense, including the following acts, among others:

1. On or about November 7, 2015, during a chat on Facebook, after VICTIM 2 told defendant ZERETZKE that she planned to lose her virginity on her upcoming 16th birthday, defendant ZERETZKE said he had always wanted to have sex with a virgin and wished he could be that person for VICTIM 2.

2. On or about November 7, 2015, during a chat on Facebook, defendant ZERETEZKE sent VICTIM 2 approximately eight photographs of defendant ZERETZKE having sex with his ex-girlfriend.

3. On or about November 8, 2015, during a chat on Facebook, defendant ZERETZKE sent VICTIM 2 approximately eight photographs of defendant ZERETZKE exposing his genitals.

4. On or about November 8, 2015, during a chat on Facebook, defendant ZERETZKE sent VICTIM 2 approximately 26 photographs of defendant ZERETZKE masturbating to ejaculation.

5. On or about November 8, 2015, during a chat on Facebook, defendant ZERETEZKE told VICTIM 2 that he wanted "to see a photo of your pussy...up close."

6. On or about November 8, 2015, during a chat on Facebook, defendant ZERETZKE indicated a sexual interest in VICTIM 2, and described, in detail, how he would like to have sex with VICTIM 2.

7. On or about December 15, 2015, defendant ZERETZKE told VICTIM 2 that he sent her a pair of cowboy boots as a Christmas gift.

8. On or about December 22, 2015, during a chat on Facebook, after VICTIM 2 sent defendant ZERETZKE photographs of VICTIM 2 wearing the cowboy boots, defendant ZERETZKE asked VICTIM 2 to send him additional photographs.

## COUNT THREE

[18 U.S.C. § 2423(b)]

Between on or about August 20, 2017, and on or about September 23, 2017, defendant JOHN EDWARD ZERETZKE ("ZERETZKE"), a citizen of the United States, knowingly traveled in foreign commerce, from the United States to the Philippines, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), namely, a sexual act as defined in Title 18, United States Code, Section 2246, with a person between twelve and sixteen years of age who was at least four years younger than defendant ZERETZKE, and a commercial sex act, as defined in Title 18, United States Code, Section 1591, with a person under eighteen years of age.

## COUNT FOUR

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about August 17, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN EDWARD ZERETZKE ("ZERETZKE") knowingly received, into his Facebook account, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and, using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant ZERETZKE received was a video titled "unified_message_10213035452617085.mp4."

COUNT FIVE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about August 19, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN EDWARD ZERETZKE ("ZERETZKE") knowingly received, into his Facebook account, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and, using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant ZERETZKE received was a video titled "unified_message_10213048587945460.mp4."

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section