# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. **CR 18-00549-FMO** | Date **August 13, 2020** |

Present: The Honorable  Fernando M. Olguin, United States District Judge

Interpreter  None Present

| V.R. Vallery | Maria Bustillos | Justin R. Rhoades |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JOHN EDWARD ZERETZKE | X | X | | Julia Deixler, DFPD | X | X | |

**Proceeding**  **CHANGE OF PLEA (VIDEO TELECONFERENCE)**

Defendant moves to change his plea to Count One of the Indictment. Defendant is sworn and enters his plea of guilty to Count One of the Indictment.

The court questions defendant regarding his plea of guilty and finds it knowing and voluntary. The court defers acceptance of the plea until after it reviews the Pre-Sentence Report.

Defendant is referred to the U.S. Probation Office for a full Pre-Sentence Report. Sentencing is set for **December 3, 2020**, at **3:30 p.m.** All previously scheduled dates in connection with this defendant are hereby vacated.

The government shall file its sentencing position papers at least 17 calendar days prior to the sentencing date. Defendant shall file his sentencing position papers no later than 10 calendar days prior to the sentencing date. Failure to file position papers by their due date may result in a continuance of the sentencing date and/or the imposition of sanctions. With the exception of letters of support, no supplemental sentencing papers may be filed without leave of the court.

Defendant is remanded to federal custody pending his sentencing hearing. Bond is ordered exonerated.

cc: United States Marshal
   U.S. Probation Office

|     | 00 : 30 |
|---|---|
|     | Initials of Deputy Clerk  vrv |